THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Eric Lorenzo Scott, Appellant.
 
 
 
 
 

Appeal From Darlington County
Howard P. King, Circuit Court Judge

Unpublished Opinion No. 2009-UP-571
 Submitted November 2, 2009  Filed
December 3, 2009    

APPEAL DISMISSED

 
 
 
 Appellate Defender LaNelle DuRant, of
 Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief
 Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General
 Salley W. Elliott, of Columbia; and Solicitor Jay  Hodge, Jr., of Cheraw, for
 Respondent.
 
 
 

PER CURIAM:  Eric Lorenzo Scott appeals from his guilty plea to possession with
 intent to distribute marijuana, two counts of possession with intent to
 distribute crack cocaine, distribution of crack cocaine, distribution of crack
 cocaine within one-half mile of a school, and failure to stop for a blue
 light.  Scott argues the plea court failed to conform with the mandates set
 forth in Boykin v. Alabama, 395 U.S. 238 (1969).  After a thorough review of the record and brief,
 pursuant to Anders v. California, 386 U.S. 738 (1967) and State v.
 Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and
 grant counsel's motion to be relieved.[1]
APPEAL
 DISMISSED.
HEARN, C.J.,
 CURETON, A.J., and GOOLSBY, A.J., concur.

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.